FILED

2020 JAN 29 PM 4: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN WILLIAM BEAL,<br><br>Defendant. | No. LACR20-00060-JFW<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 152(1): Concealment of Bankruptcy Assets; 18 U.S.C. § 152(7): Fraudulent Transfer and Concealment] |

The Grand Jury charges:

A.  INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant STEPHEN WILLIAM BEAL resided in Los Angeles County within the Central District of California.

2. Marsh & McLennan Companies Personal Accident Insurance Plan ("AIG") was an employee welfare benefits plan offering accidental death benefits.

3. ABC Swimming Pools was located in Orange County within the Central District of California.

4. On or about December 11, 2008, defendant BEAL entered into a contract to renovate the pool at his residence in the amount of approximately $35,000.

5. On October 5, 2009, defendant BEAL filed a voluntary petition (the "petition") for bankruptcy under Chapter 13 in the Central District of California, In re: Stephen William Beal, Bankruptcy Case No. 2:09-BK-37002-NB. Defendant BEAL identified ABC Swimming Pools as a creditor in the amount of approximately $6,200. In the petition, defendant BEAL stated that he had a potential claim against AIG for failure to "pay out on his deceased wife's insurance policy" and that recovery was "speculative." Defendant BEAL was required to notify the bankruptcy trustee of any proceeds and payments he received. Defendant BEAL was also required to obtain permission from the bankruptcy trustee and bankruptcy court prior to incurring any debt.

6. On or about January 28, 2010, defendant BEAL filed a lawsuit against AIG for failure to pay death benefits. Defendant BEAL did not report the filing of the lawsuit to the bankruptcy trustee, bankruptcy court, or his creditors.

7. On or about March 25, 2010 and on or about May 7, 2010, defendant BEAL obtained a loans in the amount of $25,000 (repayment amount $64,400). Defendant BEAL did not report the debt to the bankruptcy trustee, bankruptcy court, or his creditors.

8. On or about March 1, 2011, defendant BEAL obtained a judgment against AIG in the amount of $550,000 for failure to pay death benefits. Defendant BEAL did not report the judgment to the bankruptcy trustee, bankruptcy court, or his creditors.

9. On or about April 4, 2011, defendant BEAL received approximately $350,000 from AIG for failure to pay death benefits. Defendant BEAL did not report receipt of this money to the bankruptcy trustee, bankruptcy court, or his creditors.

10. On or about April 4, 2011, defendant BEAL transferred approximately $150,000 to two brokerage accounts.

11. On or about April 5, 2011, defendant BEAL paid ABC Swimming Pools approximately $6,500.

12. On or about April 8, 2011, defendant BEAL transferred approximately $100,000 to a brokerage account.

13. On June 13, 2011, defendant BEAL paid ABC Swimming Pools approximately $900.

## COUNT ONE

[18 U.S.C. § 152(1)]

From on or about April 4, 2011 through on or about February 4, 2015, in Los Angeles and Orange Counties, within the Central District of California and elsewhere, defendant STEPHEN WILLIAM BEAL, then a debtor in a case under Title 11 of the United States Code, did knowingly and fraudulently conceal property belonging to In re: Stephen William Beal, Bankruptcy Case No. 2:09-BK-37002-NB, specifically proceeds and payments to him received from AIG in the amount of approximately $350,000, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee.

COUNT TWO

[18 U.S.C. § 152(7)]

From on or about April 4, 2011 through on or about February 4, 2015, in Los Angeles and Orange Counties, within the Central District of California and elsewhere, defendant STEPHEN WILLIAM BEAL, then a debtor in a case under Title 11 of the United States Code, namely, <u>In re: Stephen William Beal</u>, Bankruptcy Case No. 2:09-BK-37002-NB, did knowingly and fraudulently, and with intent to defeat the provisions of Title 11, transfer and conceal property, proceeds and payments to defendant BEAL received from AIG in the amount of approximately $350,000, thereby causing a loss of assets from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Mark Jode* FOR

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

MARK TAKLA
ANNAMARTINE SALICK
Assistant United States Attorneys
Terrorism and Export Crimes Section