# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. STEPHEN WILLIAM BEAL, DEFENDANT(S) | CASE NUMBER<br><br>CR No. 20-00060-JFW<br><br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Stephen William Beal</u>, Case No. SA CR 19-47-JLS, which:

   __X__    was previously assigned to the Honorable Josephine L. Staton;

   _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   _____    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   __X__    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  The government believes that there will likely be substantial issues relating to defendant's mental health that will need to be decided in each case.

Dated: January 30, 2020

*Mark Takla*

MARK TAKLA
Assistant United States Attorney