# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:20-CR-00060-JLS    Recorder: CS 02/24/2020    Date: 02/24/2020

Present: The Honorable Autumn D. Spaeth, U.S. Magistrate Judge

Court Clerk: Kristee Hopkins            Assistant U.S. Attorney: Hazel Verdin, Certified Law Student and Rosalind Wang

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| STEPHEN WILLIAM BEAL<br>Custody | Amy Karlin, DFPD<br>Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE AND INITIAL APPEARANCE AND APPOINTMENT OF COUNSEL HEARING.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court appoints Amy Karlin, DFPD, as counsel for all further proceedings for defendant.

Financial affidavit is submitted and filed.

Defendant's first appearance.
Government moves for Permanent Detention of the defendant. Court grants the Government's request and orders the defendant permanently detained.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Josephine L. Staton.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 4/21/2020 at 9:00 AM
    Status Conference 4/10/2020 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Trial estimate: 5 days.

First Appearance/Appointment of Counsel: 00 : 02
PIA: 00 : 02
Initials of Deputy Clerk: kh

cc: Statistics Clerk, PSALA USMSA