```
                      UNITED STATES DISTRICT COURT

                     CENTRAL DISTRICT OF CALIFORNIA

                           SOUTHERN DIVISION


  UNITED STATES OF AMERICA,    )
                               )
                               )
           PLAINTIFF,          )
                               )
           V.                  )   SA CR 20-00060-JLS
                               )
                               )   SANTA ANA, CALIFORNIA
  STEPHEN WILLIAM BEAL,        )
                               )   FEBRUARY 24, 2020
                               )   (10:51 A.M. TO 11:29 A.M.)
           DEFENDANT.          )
  ─────────────────────────────)


                          INITIAL APPEARANCE
                       POST-INDICTMENT ARRAIGNMENT

                   BEFORE THE HONORABLE AUTUMN SPAETH
                      UNITED STATES MAGISTRATE JUDGE


  APPEARANCES:             SEE NEXT PAGE

  COURT REPORTER:          RECORDED; COURT SMART

  COURTROOM DEPUTY:        KRISTEE HOPKINS

  TRANSCRIBER:             DOROTHY BABYKIN
                           COURTHOUSE SERVICES
                           1218 VALEBROOK PLACE
                           GLENDORA, CALIFORNIA  91740
                           (626) 963-0566


  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF UNITED STATES OF AMERICA:

 3            NICOLA T. HANNA
              UNITED STATES ATTORNEY
 4            BY:  BRANDON D. FOX
              CHIEF, CRIMINAL DIVISION
 5            ASSISTANT UNITED STATES ATTORNEY
              BY:  MARK P. TAKLA
 6            ASSISTANT UNITED STATES ATTORNEY
              TERRORISM AND EXPORT CRIMES SECTION
 7            SANTA ANA DIVISION
              411 WEST 4TH STREET
 8            SUITE 8000
              SANTA ANA, CALIFORNIA  92701
 9

10   FOR THE DEFENDANT STEPHEN WILLIAM BEAL:

11            AMY KARLIN, INTERIM          .
              FEDERAL PUBLIC DEFENDER
12            BY:  AMY KARLIN
              FEDERAL PUBLIC DEFENDER
13            321 EAST 2ND STREET
              LOS ANGELES, CALIFORNIA  90012
14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        I N D E X
     SA CR 20-00060-JLS                    FEBRUARY 24, 2020
2
     PROCEEDINGS:  INITIAL APPEARANCE AND POST-INDICTMENT
3                  ARRAIGNMENT
```

```
 1            SANTA ANA, CALIFORNIA; FEBRUARY 24, 2020; 10:51 A.M.
 2               THE CLERK:  ALL RISE.
 3               THIS UNITED STATES DISTRICT COURT IS NOW IN SESSION.
 4               THE HONORABLE AUTUMN D. SPAETH, UNITED STATES
 5   MAGISTRATE JUDGE, PRESIDING.
 6               THE COURT:  ALL RIGHT.  GOOD MORNING, EVERYBODY.
 7               PLEASE BE SEATED.
 8               OKAY.  LET'S START WITH THE APPEARANCES OF -- FROM
 9   PRETRIAL SERVICES AND FROM OUR INTERPRETER.
10               U.S. PROBATION AND PRETRIAL SERVICES OFFICER RUIZ:
11   JESUS RUIZ, UNITED STATES PROBATION AND PRETRIAL SERVICES
12   OFFICER.
13               THE COURT:  GOOD MORNING.
14               U.S. PROBATION AND PRETRIAL SERVICES OFFICER RUIZ:
15   GOOD MORNING.
16               SPANISH INTERPRETER:  ANALEA -- STAFF INTERPRETER.
17               THE COURT:  GOOD MORNING.
18               OKAY.
19               ALL RIGHT.  SO, BEFORE WE CALL YOUR INDIVIDUAL CASES,
20   I WILL ADVISE ALL DEFENDANTS OF THEIR STATUTORY AND
21   CONSTITUTIONAL RIGHTS IN CONNECTION WITH THIS -- WITH THESE
22   PROCEEDINGS AND EXPLAIN THE PROCEDURE FOLLOWED IN THIS COURT.
23               PLEASE LISTEN CAREFULLY.
24               YOU ARE HERE BECAUSE YOU ARE CHARGED WITH ONE OR MORE
25   VIOLATIONS OF FEDERAL LAW.
```

1    THE CHARGES AGAINST YOU ARE CONTAINED IN AN
2    INDICTMENT OR INFORMATION.  A COPY OF THE CHARGING DOCUMENT HAS
3    BEEN GIVEN TO YOU TODAY.
4    YOU ARE ENTITLED TO A SPEEDY AND PUBLIC TRIAL BY JURY
5    OR BY A JUDGE ALONE IF A JURY IS WAIVED BY YOU AND BY COUNSEL
6    FOR THE GOVERNMENT.
7    YOU HAVE A RIGHT TO RETAIN AND BE REPRESENTED BY AN
8    ATTORNEY AT ALL STAGES OF YOUR CRIMINAL CASE.
9    IF YOU CANNOT AFFORD AN ATTORNEY YOU HAVE A RIGHT TO
10   REQUEST THAT THE COURT APPOINT AN ATTORNEY TO REPRESENT YOU AT
11   THE GOVERNMENT'S EXPENSE.
12   IN THIS CASE YOU WILL BE ASKED TO SUBMIT A FINANCIAL
13   AFFIDAVIT FOR THE COURT'S APPROVAL BEFORE COUNSEL WILL BE
14   APPOINTED.
15   ANY FALSE OR MISLEADING STATEMENTS IN THAT AFFIDAVIT
16   MAY SUBJECT YOU TO FURTHER PROSECUTION FOR VIOLATING FEDERAL
17   LAW.
18   YOU HAVE A RIGHT TO BE PERSONALLY PRESENT AT THIS
19   ARRAIGNMENT AND AT ALL PROCEEDINGS WHICH MAY FOLLOW, INCLUDING
20   AT THE TIME OF THE PLEA AND EVERY STAGE OF YOUR TRIAL,
21   INCLUDING THE IMPANELMENT OF THE JURY AND THE RETURN OF THE
22   VERDICT.
23   BUT YOU ARE WARNED THAT YOU MAY BE TRIED AND/OR
24   SENTENCED IN ABSENTIA -- THAT MEANS WITHOUT YOU BEING PRESENT
25   IF YOU DELIBERATELY FAIL TO MAKE COURT APPEARANCES WITHOUT A

```
 1   GOOD REASON.
 2           YOU ARE ENTITLED TO SEE AND HEAR THE EVIDENCE AND
 3   WITNESSES AGAINST YOU AND TO CROSS-EXAMINE THOSE WITNESSES.
 4           YOU ARE ENTITLED TO SUBPOENA WITNESSES AND COMPEL THE
 5   PRODUCTION OF OTHER EVIDENCE AT YOUR -- ON YOUR OWN BEHALF.
 6           THIS WILL BE AT NO COST TO YOU IF YOU ARE INDIGENT.
 7           IT'S NOT NECESSARY FOR YOU TO PROVE YOUR INNOCENCE.
 8   IT'S THE BURDEN OF THE GOVERNMENT TO PROVE YOUR GUILT BEYOND A
 9   REASONABLE DOUBT.
10           YOU HAVE A PRIVILEGE AGAINST SELF-INCRIMINATION.
11           THIS MEANS THAT YOU HAVE A RIGHT TO REMAIN SILENT.
12   IF YOU MAKE A STATEMENT IT MAY BE USED AGAINST YOU IN THESE AND
13   LATER PROCEEDINGS.
14           IF YOU ARE NOT A CITIZEN OF THE UNITED STATES, YOU
15   HAVE A RIGHT TO REQUEST THAT THE GOVERNMENT NOTIFY YOUR
16   CONSULATE THAT YOU'VE BEEN ARRESTED.
17           IF TODAY IS YOUR INITIAL APPEARANCE YOU HAVE A RIGHT
18   TO HAVE THE CONDITIONS OF YOUR RELEASE DETERMINED IN ACCORDANCE
19   WITH THE PROVISIONS OF THE BAIL REFORM ACT.
20           IF THE GOVERNMENT SEEKS DETENTION YOU HAVE A RIGHT TO
21   A HEARING ON THE FIRST DATE OF YOUR APPEARANCE OR WITHIN THREE
22   TO FIVE DAYS OF YOUR FIRST APPEARANCE IF A CONTINUANCE IS
23   REQUESTED.
24           IN THE EVENT THAT THE COURT ORDERS YOU DETAINED, YOU
25   HAVE A RIGHT UPON APPLICATION OF YOUR COUNSEL TO HAVE THE
```

1  MATTER REVIEWED BY THE CRIMINAL DUTY JUDGE OR OTHER DISTRICT
2  JUDGE WHO MAY BE ASSIGNED TO YOUR CASE.
3        YOU HAVE A RIGHT TO BE PRESENT AT ALL SUBSEQUENT
4  HEARINGS WHERE FURTHER ARGUMENT WILL BE HEARD REGARDING THE
5  MODIFYING OF THE CONDITIONS OF YOUR RELEASE.
6        IF YOU HAVE BEEN WRITTED IN BECAUSE YOU WERE ALREADY
7  IN CUSTODY, YOU MAY WAIVE YOUR RIGHT TO HAVE A DETENTION
8  HEARING AT THIS STAGE OF THE PROCEEDINGS AND INSTEAD RESERVE
9  YOUR RIGHT TO A DETENTION HEARING AT SUCH TIME IF YOU BECOME --
10 IF YOU ARE RELEASED FROM THE OTHER CUSTODY.
11       TODAY EACH OF YOUR CASES WILL BE ASSIGNED TO A
12 DISTRICT JUDGE OF THIS COURT.
13       THE PARTICULAR DISTRICT JUDGE FOR YOUR CASE HAS BEEN
14 SELECTED IN ACCORDANCE WITH THE CENTRAL DISTRICT OF
15 CALIFORNIA'S CASE ASSIGNMENT RULES.
16       ALL MOTIONS ARE RESERVED AND MUST BE MADE BEFORE THE
17 DISTRICT JUDGE TO WHOM THE CASE IS ASSIGNED.
18       DEFENDANTS AND COUNSEL ARE ORDERED TO APPEAR BEFORE
19 THE DISTRICT JUDGE AT THE DATES AND TIMES THAT WILL BE GIVEN TO
20 YOU WHEN YOUR CASE IS CALLED.
21       IF YOU WERE CHARGED BY INDICTMENT OR INFORMATION IN
22 THIS DISTRICT, YOU HAVE A RIGHT TO HAVE THE CHARGING DOCUMENT
23 READ OR SUMMARIZED TO YOU IN OPEN COURT BEFORE YOU ENTER A
24 PLEA.
25          YOU CAN GIVE UP YOUR RIGHT TO A PUBLIC READING OF THE

1  CHARGES.
2           AT TODAY'S ARRAIGNMENT A PLEA OF NOT GUILTY WILL BE
3  TAKEN.  AND A TRIAL DATE WILL BE SET.
4           I'LL NOW ASK THE CLERK TO PLEASE CALL THE CALENDAR.
5           (PROCEEDINGS HEARD IN UNRELATED MATTERS.)
6           THE CLERK:  CALLING CASE SA CR 20-60, UNITED STATES
7  OF AMERICA VERSUS STEPHEN WILLIAM BEAL.
8           MR. TAKLA:  GOOD MORNING, YOUR HONOR.
9           MARK TAKLA ON BEHALF OF THE UNITED STATES.
10          THE COURT:  GOOD MORNING.
11          MS. KARLIN:  GOOD MORNING, YOUR HONOR.
12          AMY KARLIN APPEARING ON BEHALF OF MR. BEAL.  I'VE
13 BEEN PREVIOUSLY APPOINTED, BUT WE DID FILL OUT ANOTHER
14 FINANCIAL FOR THIS CASE.
15          THE COURT:  OKAY.  AND, SO, DO YOU SEEK APPOINTMENT
16 FOR THIS CASE --
17          MS. KARLIN:  FOR THIS CASE.
18          THE COURT:  -- AS WELL, RIGHT?
19          MS. KARLIN:  YES.
20          THE COURT:  OKAY.  GOOD MORNING.
21          GOOD MORNING, MR. BEAL.
22          THE DEFENDANT:  GOOD MORNING, YOUR HONOR.
23          THE COURT:  OKAY.
24          SO, LET'S SEE, SIR, I HAVE ANOTHER FINANCIAL
25 AFFIDAVIT IN MY FILE FOR YOU.

```
1                IS THAT YOUR SIGNATURE?
2                THE DEFENDANT:  YES.
3                THE COURT:  OKAY.  AND IS THE INFORMATION IN THIS
4    FINANCIAL AFFIDAVIT TRUE AND CORRECT?
5                THE DEFENDANT:  YES, YOUR HONOR.
6                THE COURT:  BASED ON THE FINANCIAL AFFIDAVIT, THE
7    COURT FINDS THAT THE DEFENDANT IS ENTITLED TO THE APPOINTMENT
8    OF COUNSEL AND APPOINTS MS. KARLIN FROM THE FEDERAL PUBLIC
9    DEFENDER'S OFFICE TO REPRESENT HIM.
10               NOW, SIR, HAVE YOU HAD THE OPPORTUNITY TO REVIEW THE
11   INDICTMENT THAT'S BEEN FILED AGAINST YOU?
12               THE DEFENDANT:  YES, YOUR HONOR.
13               THE COURT:  NOW, I'M NOT ASKING YOU TO ADMIT OR DENY
14   THE TRUTH OF THE CHARGES.  BUT DO YOU UNDERSTAND WHAT IT IS THE
15   GOVERNMENT CLAIMS THAT YOU DID?
16               THE DEFENDANT:  YES, YOUR HONOR.
17               THE COURT:  OKAY.
18               NOW, LET ME JUST DOUBLE-CHECK.  YES, I HAVE A REQUEST
19   FOR DETENTION IN MY FILE.  SO, I'M RIGHT THERE.
20               HOW WOULD YOU LIKE TO PROCEED?
21               MS. KARLIN:  WE WOULD SUBMIT AT THIS TIME, YOUR
22   HONOR.
23               THE COURT:  OKAY.
24               ALL RIGHT.  WOULD THE GOVERNMENT LIKE TO MAKE A
25   PROFFER?
```

1    MR. TAKLA: YES, YOUR HONOR. THE GOVERNMENT PROFFERS
2 THE INDICTMENT.
3    THE GOVERNMENT ALSO NOTES THAT THE DEFENDANT HAS BEEN
4 INDICTED ON A DIFFERENT CASE INVOLVING SOME SERIOUS VIOLENT
5 OFFENSES. SO, WE WOULD PROFFER THAT ALSO.
6    THE COURT: OKAY.
7    ALL RIGHT. BASED ON THE GOVERNMENT'S PROFFER, THE
8 COURT FINDS THAT THERE ARE NO CONDITION OR COMBINATIONS OF
9 CONDITIONS OF RELEASE THAT WOULD REASONABLY ASSURE THE
10 APPEARANCE OF THE DEFENDANT AT FUTURE COURT PROCEEDINGS AND THE
11 SAFETY OF THE COMMUNITY AND OTHERS.
12    THE COURT BASES ITS CONCLUSIONS ON THE FACT THAT IN
13 PART THE DEFENDANT IS CURRENTLY IN CUSTODY -- FEDERAL CUSTODY
14 ON OTHER VERY SERIOUS CHARGES WITH THE ALLEGATIONS OF THE USE
15 OF EXPLOSIVES RESULTING IN DEATH. THE SERIOUS NATURE OF THOSE
16 CHARGES, THE SERIOUS RISK OF FLIGHT AND DANGER TO THE COMMUNITY
17 EXISTS.
18    AS A RESULT THE DEFENDANT WILL BE REMANDED -- REMAINS
19 REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHAL PENDING
20 FURTHER PROCEEDINGS.
21    (PAUSE IN PROCEEDINGS.)
22    THE COURT: ALL RIGHT.
23    WOULD THE CLERK PLEASE PROCEED WITH THE ARRAIGNMENT.
24    THE CLERK: MR. BEAL, DID YOU HEAR AND UNDERSTAND THE
25 STATEMENTS OF THIS COURT PERTAINING TO YOUR RIGHTS AND THE

```
 1   APPOINTMENT OF COUNSEL?
 2            THE DEFENDANT:  YES.
 3            THE CLERK:  DID YOU SEE AND SIGN A STATEMENT OF YOUR
 4   RIGHTS?
 5            THE DEFENDANT:  YES.
 6            THE CLERK:  DID YOU RECEIVE A COPY OF THE INDICTMENT?
 7            THE DEFENDANT:  YES.
 8            THE CLERK:  WOULD YOU LIKE THE INDICTMENT READ TO YOU
 9   AT THIS TIME?
10            THE DEFENDANT: NO.
11            THE CLERK:  HOW DO YOU PLEAD TO THE CHARGES CONTAINED
12   IN THE INDICTMENT, GUILTY OR NOT GUILTY?
13            THE DEFENDANT:  NOT GUILTY.
14            THE CLERK:  THANK YOU.
15            THIS CASE HAS BEEN ASSIGNED TO THE CALENDAR OF THE
16   HONORABLE JOSEPHINE L. STATON.
17            JURY TRIAL IS SET APRIL 21, 2020 AT 9:00 A.M.
18            STATUS CONFERENCE IS SET APRIL 10, 2020 AT 8:30 A.M.
19            AND COUNSEL ARE REFERRED TO JUDGE STATON'S PROCEDURES
20   AND SCHEDULES TO OBTAIN A COPY OF THE TRIAL ORDER LOCATED ON
21   THE COURT'S WEBSITE.
22            AND MAY I HAVE A TIME ESTIMATE, PLEASE.
23            MR. TAKLA:  FIVE DAYS.
24            THE CLERK:  THANK YOU.
25            THE COURT:  IS THERE ANYTHING FURTHER?
```

```
1            MS. KARLIN:  NO, YOUR HONOR.

2            THANK YOU.

3            MR. TAKLA:  NO, YOUR HONOR.

4            THANK YOU.

5            THE COURT:  ALL RIGHT.

6            THE DEFENDANT IS REMANDED TO THE CUSTODY OF THE

7   UNITED STATES MARSHAL.

8            (PROCEEDINGS ADJOURNED AT 11:29 A.M.)

9

10

11                    C E R T I F I C A T E

12

13
         I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
14  FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE
    ABOVE-ENTITLED MATTER.
15

16
    /S/ DOROTHY BABYKIN                          10/8/20
17  _____              _____
    FEDERALLY CERTIFIED TRANSCRIBER              DATED
18  DOROTHY BABYKIN
```