Case 2:20-cr-00060-JLS   Document 58   Filed 12/11/20   Page 1 of 2   Page ID #:952

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**



FILED

DEC 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-50267 |
| Plaintiff-Appellee, | D.C. Nos. |
| v. | 8:19-cr-00047-JLS-1 |
|  | 8:19-cr-00047-JLS |
| STEPHEN WILLIAM BEAL, | Central District of California, Santa Ana |
| Defendant-Appellant. | ORDER |
| | |
| UNITED STATES OF AMERICA, | No. 20-50268 |
| Plaintiff-Appellee, | D.C. Nos. |
| v. | 2:20-cr-00060-JLS-1 |
|  | 2:20-cr-00060-JLS |
| STEPHEN WILLIAM BEAL, | |
| Defendant-Appellant. | |

Before: THOMAS, Chief Judge, HURWITZ and BADE, Circuit Judges.

These consolidated appeals are from the district court's pretrial detention orders. We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

We review the district court's factual findings concerning the danger that appellant poses to the community under a "deferential, clearly erroneous standard." *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008) (quoting *United States v.*

KWH19-19/MOATT

*Townsend*, 897 F.2d 989, 994 (9th Cir. 1990)).  The conclusions based on such factual findings, however, present a mixed question of fact and law.  *Hir*, 517 F.3d at 1086.  Thus, "the question of whether the district court's factual determinations justify the pretrial detention order is reviewed de novo."  *Id*. at 1086-87 (citations omitted).

The district court correctly found that the government has met its burden of showing, by clear and convincing evidence, that "no condition or combination of conditions will reasonably assure . . . the safety of . . . the community," 18 U.S.C. § 3142(e), and that appellant therefore poses a danger to the community.  *See Hir*, 517 F.3d at 1094.  We therefore affirm the district court's pretrial detention orders.

The parties' motions to file under seal (Docket Entry Nos. 7, 9, 10, and 15) are granted.  The Clerk shall maintain Docket Entry Nos. 7-2., 7-3, 9-2, 10-2, and 15-2 under seal.

**AFFIRMED.**