TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
WILLIAM ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email: mark.takla@usdoj.gov
        annamartine.salick2@usdoj.gov
        william.rollins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 19-047-JLS |
| | CR 20-060-JLS |
| Plaintiff, | |
| | GOVERNMENT'S EXHIBIT S IN SUPPORT |
| v. | OF GOVERNMENT'S OPPOSITION TO |
| | QUASH GRAND JURY SUBPOENA TO DR. |
| STEPHEN WILLIAM BEAL, | SANCHEZ-ANAYA |
| Defendant. | Hearing Date: April 8, 2021 |
| | Hearing Time: 1:30 p.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and undersigned counsel, hereby files Exhibit S in support

///

of its Opposition to Quash the Grand Jury Subpoena to Dr. Sanchez-Anaya.

Dated: March 16, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*
_____
MARK TAKLA
ANNAMARTINE SALICK
WILLIAM ROLLINS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# Certificate of Service

I am a citizen of the United States and am employed in the County of Orange, California. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service was made. On this date, March 16, 2021, I served a copy of the foregoing document(s), described as follows:

**EXHIBIT S TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO QUASH GRAND JURY SUBPOENA TO DR. DAVID SANCHEZ-ANAYA; EXHIBITS**

■ by placing a true copy in a sealed envelope, addressed to the person(s) specified below, and placing it for interoffice delivery within the courthouse to:

> Amy M. Karlin
> Joseph A. Trigilio
> Jason Hannan
> Federal Public Defender's Office, Suite 7110
> Santa Ana, CA

☐ by placing the documents in a sealed envelope, bearing the requisite postage thereon, and placing it for mailing via the U.S. Postal Service addressed as follows:

☐ by e-mailing a pdf. version of the document(s) to the e-mail addresses specified as:

I declare under penalty of perjury that the foregoing is true and correct, executed on Marcy 16, 2021, at Santa Ana, California.

_Linda R. Bennett_
LINDA R. BENNETT