UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CR 20-00060-JLS | Date | April 7, 2023 |

Present: The Honorable  Josephine L. Staton, United States District Judge

Interpreter  N/A

| V.R. Vallery | Miranda Algorri | Mark Takla; Sarah Gerdes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Meghan Blanco, CJA Telephonic Appearance | X | X | |
| | | | | Anthony Solis, CJA | X | X | |

**Proceedings:**   **STATUS CONFERENCE**

The matter is called and counsel state their appearances.  The Court and counsel confer as stated on the record.

:  03

Initials of Deputy Clerk  vrv