Mark Takla (Cal. Bar No. 218111)    (213) 894-3899
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-060(A)-JLS |
| v. | |
| STEPHEN WILLIAM BEAL, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged:  **(List Documents)**

Government's Ex Parte Application for Order Sealing Document; Declaration of Mark Takla
[Proposed] Order Sealing Document
Under Seal Document

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

November 1, 2023
Date

/s/ Mark Takla
Attorney Name

United States of America, Plaintiff
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING